IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GIBRALTAR NATIONAL INSURANCE COMPANY     PLAINTIFF

v.     No. 4:09CV00292 JLH

ALLIANCE FREIGHT, LLC, *et al.*     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, the Court directs that the Clerk accept the deposit of $10,000 from Gibraltar National Insurance Company. When Gibraltar deposits the sum of $10,000 into the registry of the Court and provides the Clerk of the Court with the present or last known address of each claimant, Gibraltar shall be discharged from this action and released from further liability on the bond or pertaining to this action. The Clerk of the Court is directed to distribute the $10,000 deposited into the registry of the Court by Gibraltar National Insurance Company to the parties listed on Exhibit A attached hereto in the amounts shown in the second column on the attached Exhibit A. Upon distribution of the sum of $10,000 pursuant to this Judgment, the Clerk is directed to terminate this action.

IT IS SO ORDERED this 25th day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

| Claimant | Amount | Pro Rata Distribution |
|---|---:|---:|
| Apex Capital LP and Eurotrans Express, Inc. | $ 950.00 | $ 92.58 |
| Apex Capital LP and Galaxy Transport, Inc. | $ 1,500.00 | $ 146.18 |
| Apex Capital LP and IBS Logistics, Inc. | $ 900.00 | $ 87.70 |
| Apex Capital LP and Prima Express, Inc. | $ 900.00 | $ 87.70 |
| Art Logistics, Inc. | $ 11,058.00 | $ 1,077.57 |
| A.V. Incorporated | $ 2,068.00 | $ 201.52 |
| Clark Transportation, Inc. | $ 1,176.90 | $ 114.68 |
| D & S Factors, L.L.C. and Alliance Freight, LLC | $ 900.00 | $ 87.70 |
| Firebolt Trucking, LLC | $ 31,287.66 | $ 3,048.87 |
| First Advantage Transportation Services and GB Management Systems, Inc. | $ 1,025.00 | $ 99.88 |
| First Advantage Transportation Services and Mike's Loading Service, Inc. | $ 1,941.80 | $ 189.22 |
| First Advantage Transportation Services and R. E. Barnett & Sons Trucking Company | $ 956.36 | $ 93.19 |
| 1st Priority Logistics Ltd. | $ 1,850.00 | $ 180.28 |
| G & A Transport, Inc. | $ 1,841.05 | $ 179.40 |
| JD Factors and BTS Leasing, Inc. | $ 1,000.00 | $ 97.45 |
| JUR Corporation d/b/a Rajor | $ 990.00 | $ 96.47 |
| Keram Transport, Inc. | $ 7,702.35 | $ 750.57 |
| KWA, Inc. | $ 3,057.52 | $ 297.94 |
| LNZ Transport, Inc. | $ 3,960.00 | $ 385.89 |
| M Brothers Logistics, Inc. | $ 970.00 | $ 94.52 |
| Midwest Carriers, Inc. | $ 880.00 | $ 85.75 |
| Obradovic Trucking, Inc. | $ 1,000.00 | $ 97.45 |
| Onesource Transfer, LLC | $ 850.00 | $ 82.83 |
| Partners Funding, Inc. and V.Y. Express, Inc. | $ 925.00 | $ 90.14 |
| Proficient Transport, LLC | $ 2,075.00 | $ 202.20 |
| Charles M. Russell | $ 2,844.04 | $ 277.14 |
| Rust & Sons Trucking, Inc. | $ 3,900.00 | $ 380.04 |
| Simbeck, Inc. | $ 1,850.00 | $ 180.28 |
| SJS Incorporated | $ 3,050.00 | $ 297.21 |
| Skyway Transportation, Inc. | $ 1,385.00 | $ 134.96 |
| TranCentral, Inc. and LNZ Transport, Inc. | $ 6,867.50 | $ 669.21 |
| Z Trans, Inc. | $ 959.34 | $ 93.48 |
| **TOTAL** | **$102,620.52** | **$10,000.00** |

Exhibit A

BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/4